IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-265-FL1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY NELSON TERRY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before the court on motion by defendant seeking to inspect the alleged crime scene on federal property, FCI Butner, particularly the part of the premises identified by defendant as medical center FMC and FMC2. Counsel for defendant was referred by the government's counsel to Ms. Denise Simmons, identified as an executive assistant employed at FCI Butner. The request was denied by FCI Butner.

Counsel thereafter renewed dialogue with government counsel in the case, as described in the motion. Efforts to secure access rights were unsuccessful, however, and the motion followed. The government now has responded, making reference to the breadth of the motion, and asserted failure to include specific information.

While defendant shall not be pressed to reveal to the government defense strategy, the court agrees that a more particularized request is appropriate, given the nature of operations at FCI Butner. Balancing the competing interests of the parties, and the prison facility, the defendant shall file supplement to the motion including specifics of the area(s) sought to be inspected and photographed,

within seven days hereof.

The government also objects to the part of the motion seeking access to potential witnesses employed or housed at FCI Butner. Identifiers are requested to be given. Again, given the nature of operations at the prison facility, said request of the government sounds as one appropriate to the circumstances. Defendant shall supplement the motion also with respect to defendant's access to particular witnesses.

If defendant takes issue with statement in the government's response that he is prohibited from entering FCI Butner, defendant also shall notice that in the supplement herein ordered to be provided. Defendant through counsel shall promote case law if any which would support his request to enter into FCI Butner, under the circumstances presented.

The government is ordered to make its response to the motion, as supplemented within seven days of service upon it. Thereafter, the court will take up and decide the issues presented.[1]

SO ORDERED, this the 27th day of March, 2013.

LOUISE W. FLANAGAN
United States District Judge

---

[1] Where unfamiliarity with nomenclature on the part of defense counsel reasonably may be inferred from the government's response, counsel for the government shall aid defendant, if requested, in understanding the nomenclature and/or location identifiers which will allow counsel to present more precise description(s) of the areas in the prison facility sought to be inspected and photographed. As such, conference is urged as between the sides at this time. And should issues regarding defense counsel's access to premises and photographs sought to be taken, and/or those related to particular witnesses sought to be interviewed or individual access by defendant be able to be resolved, defendant's supplement need only address the problems that remain. If conference as between counsel resolves all issues presented, defendant simply shall file notice of withdrawal of the motion.

2